{ 2014 KORN LOVES KIAS OR SCORPIONS
(PAGE NUMBER THREE OR FOUR PAGES) }  K

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN (COUNSELOR MS. SWANSON) AND LIEUTENANT MR. JHON
B - DOE, AND CORRECTION OFFICER MR. JHON DOE, AND CORRECTION OFFICER MR.
JHON DOE, AND THE INMATES AND OTHER STAFF IMPLICATED.

08 - 416

1.- I AM THE PLAINTIFF UNDER 28 USC 1915, I AM UNABLE TO PAY THE COSTS OF THIS
COMPLAINT.
3o.- ARE YOU CURRENTLY INCARCERATED # YES
o- IF YES WHERE # DoCoC, 1181 PADDOCK ROAD, SMYRNA DE. 19977.
o- ARE YOU EMPLOYED THERE # NO
3o- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
1.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL
HOME 2901 W. 2ND. St. WILMINGTON DE. 19805 OR AT PETRUCON, 100 N. CLEVE
LAND AVE. WILMINGTON DE. 19805.
0o- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
1o- LAST DAY EMPLOYED # OCT. OR NOV. OR 2000.
2o- LAST PAYMENT OF SALARY RECEIVED # $ 16,00 OR 2,000.
3o- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
`.- DID YOU HAVE CASH OR ANY ACCOUNT # NO
(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

15.- Do you own any property # NO
16.- List the persons dependant on you for support # what is left of my family.
17.- I declare under penalty of perjury that the above information is true and correct.
18.- Date # 07/04/2008
19.- Signature # IVAN MENDEZ

(Please turn this page to page number four)

CIVIL COMPLAINT 07/09/2008
{ LAWYER SHANNON LOSES KRISTA ALLEN }
{ PAGE NUMBER    FOUR    OF FOUR PAGES }

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH WADSON                    DATE # 07/04/2008
    SUPPORT SERVICES MANAGER
         D.C.C.
    SMYRNA DE. 19977


FROM # IVAN MENDEZ                        453351
       INMATE'S SIGNATURE #                SoB.I #


— I HEREBY CERTIFY —


I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A), (2).


IVAN MENDEZ
   SIGNATURE #


28 USC 1746 AND 18 USC 1621

(PAGE NUMBER FOUR)