2019              07/04/2008
{ IRON MAIDEN LOVES DEMMI MORE }   I
{ PAGE NUMBER ONE    OF FOUR    PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN COUNSELOR MS. JHONSON AND LIEUTENANT MR. JHON DOE, AND CORRECTION OFFICER MR. JHON DOE, AND CORRECTION OFFICER MR. JHON DOE, AND THE INMATES AND OTHER STAFF IMPLICATED.

08-416

1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
2.- PLAINTIFF # IVAN MENDEZ
3.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
4.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
5.- IS THERE A PRISIONER GRIEVANCE # YES
6.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
7.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
8.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.
(Please turn this form to the other side)

.2.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION.
.3.- IS EMPLOYED A# AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.
.4.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.
.5.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, THIS IS JUST ANOTHER OF MY DIFFERENT LEGAL FORMS AGAINST COUNSELOR MS. SWANSON, LIEUTENANT MR. JUAN DOE, CORRECTION OFFICER MR. JUAN DOE, AND CORRECTION S OFFICER MR. JUAN DOE, AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY PRIOR DIFFERENT LEGAL FORMS AND LETTERS AGAINST, COUNSELOR MS. SWANSON, LIEUTENANT MR. JUAN DOE, CORRECTION OFFICER MR. JUAN DOE, AND CORRECTION OFFICER MR. JUAN DOE, AND ALSO ON MY LEGAL FORMS AGAINST MENDEZ VS. THIS CRIMINAL ORGANIZATION, AND MENDEZ VS. OTHER PARTIES AND I AM RAISING AGAIN ANOTHER LEGAL FORM AGAINST COUNSELOR MS. SWANSON, LIEUTENANT MR. JUAN DOE, CORRECTION OFFICER MR. JUAN DOE, AND CORRECTION OFFICER MR. JUAN DOE, FOR TRY TO TAKE ME OUT FROM THIS BUILDING OF PROTECTIVE CUSTODY WITHOUT SIGNING OUT PROTECTIVE CUSTODY, AND KNOWING THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD PLOT TO KILL ME AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW COUNSELOR MS. SWANSON, NEVER DO NOTHING AT ALL BECAUSE THEY TOOK THE STAMPLES OUT FROM MY LEGAL PAPERWORK, LEGAL DOCUMENTS AND SOME OTHER IMPORTANT DOCUMENTS AND STOLE AGAIN SOME POLICE REPORTS, MEDICAL REPORTS, RECORD LEGAL DOCUMENTS AND OTHER IMPORTANT LEGAL DOCUMENTS AND BIBLE STUDIES CERTIFICATES AND PERSONAL PROPERTY AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW COUNSELOR MS. SWANSON, SEND THAT EVIL INMATE ON CELL LOWER FOUR ALONG WITH OTHER PARTIES AND MEMBERS OF THIS CRIMINAL ORGANIZATION TO THROW HIS URINE (PEED) AT MYSELF CAUSING THIS NASTY, SMELLY INFECTIOUS BLEEDING WOUNDS, NOW CLOSED, BUT REOPENED EVERY TWO OR THREE WEEKS AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT SHE NEVER DO NOTHING FOR ME BECAUSE SHE SAID TOO THAT I AM NOTHING BUT AN OLD WHITE RED NECK, AS YOU KNOW IT TOO ALL ABOUT IT THIS IS JUST ANOTHER MEMORANDUM AS YOU KNOW IT TOO ALL OF THE DETAILS

July, Fourth of 2008                                                                 07/04/2008

{ Jim Morrison Loves Janis Joplin
  Page Number Two   of Four   Pages }

In my other different legal forms and 1983's Mendez vs. this criminal organization, and Mendez vs. other parties and on my letters as you know it too all about it, same as you know it too that my mandatory time was due last year on 12/23/2007, over half a year ago, same as you know it too that I was not supposed to be removed from SoCoL over in Georgetown De., because I am under public detainer by the I.N.S., as you know it too all about it, same as you know it too that I am not an old white American cowboy between 45 and 54 years old with an old white American cowboy's accent, same as you know it too how Ms. Johnson, and other parties members of this criminal organization have send people from Gander Hill Prison, from Delaware Psychiatric Center, from Sussex Correctional Institution and from over here at Delaware Correctional Center, to accomplish this nasty set up conspiracy and widely spread it plot to kill me as you know it too all about it, so I'll begin to hear from you soon as possible.

16.- How you have been injured by the actions of the defendants # physically, emotionally, verbally, psychologically and in many other ways as you know it too all about it.

17.- State briefly what you want the courts do for you # Honorable Master as you know it too this information.

18.- I declare under penalty of perjury that the above information is true and correct.

19.- Date # 07/04/2008

20.- Signature # Ivan Mendez

(Please turn this page to page number three)

I/M: IVAN MENDEZ
SBI# 453351 UNIT S.H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801